**PHILIP D. STERN & ASSOCIATES, LLC**
697 Valley Street, Suite 2D
Maplewood, NJ 07040-2642
Telephone: (973) 379-7500
Attorney of Record: Philip D. Stern
Attorneys for Plaintiffs, Karl W. Krug, Dolores
M. Krug, and all others similarly situated

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARL W. KRUG, an individual; and DOLORES M. KRUG, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AEGIS RECEIVABLES MANAGEMENT, INC., a Delaware Corporation; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,<br><br>Defendants. | **DISCLOSURE STATEMENT** |

The undersigned counsel for Plaintiffs, Karl W. Krug and Dolores M. Krug, hereby certifies that each of the foregoing Plaintiffs is a natural individual.

**PHILIP D. STERN & ASSOCIATES, LLC**

*/s/ Philip D. Stern*
PHILIP D. STERN
Attorneys for Plaintiffs, Karl W. Krug, Dolores M.
Krug, and all others similarly situated

Dated: June 23, 2010