PHILIP D. STERN & ASSOCIATES, LLC
697 Valley Street, Suite 2D
Maplewood, NJ 07040-2642
Telephone: (973) 379-7500
Attorney of Record: Philip D. Stern
Attorneys for Plaintiffs, Karl W. Krug and
Dolores M. Krug

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KARL W. KRUG, an individual; and DOLORES M. KRUG, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AEGIS RECEIVABLES MANAGEMENT, INC., a Delaware Corporation; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,<br><br>Defendants. | Case No. 1:10-cv-03192-JHR-AMD<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

This matter having been amicably resolved by and between the Plaintiffs, KARL W. KRUG, an individual, and DOLORES M. KRUG, an individual, and Defendant AEGIS RECEIVABLES MANAGEMENT, INC., a Delaware Corporation, IT IS HEREBY STIPULATED AND AGREED that this action be and hereby is DISMISSED WITH PREJUDICE and without costs ONLY with respect to the claims and defenses between Plaintiffs, KARL W. KRUG, an individual, and DOLORES M. KRUG, an individual, and Defendant AEGIS RECEIVABLES MANAGEMENT, INC., a Delaware Corporation, and be and hereby is DISMISSED WITHOUT PREJUDICE as to the claims, if any, of any member of the class or classes ("putative class") alleged in the Complaint and any amendments to the Complaint. Except the claims of Plaintiffs, KARL W. KRUG and DOLORES M. KRUG,

nothing in this Stipulation affects, impairs or enhances any claim or defense between or among any member of the putative class and any Defendant.

|  |  |
|---|---|
|  | **PHILIP D. STERN & ASSOCIATES, LLC** |
|  | *s/ Philip D. Stern* |
| Dated: January 7, 2011 | PHILIP D. STERN |
|  | Attorneys for Plaintiffs, Karl W. Krug and Dolores M. Krug |
|  |  |
|  | **SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC** |
|  | *s/ Aaron R. Easley* |
| Dated: January 7, 2011 | AARON R. EASLEY |
|  | Attorneys for Defendant, Aegis Receivables Management, Inc. |

APPROVED AND SO ORDERED: